UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Harrison Ross Byck, Esq.
Law Offices of Kasuri Byck, LLC
340 Route 1 North
Edison, NJ 08817
(732) 253-7630
(732) 253-7632 fax
lawfirm@kasuribyck.com

Order Filed on December 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LESLIE A. LANESKI,

    Debtor.

| | |
|---|---|
| Case Number: | 16-31940-CMG |
| Hearing Date: | 12/13/16, 10:00 a.m. |
| Judge: | Christine M. Gravelle |
| Chapter: | 7 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 8, 2016**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑ Granted.  The deadline to file schedules is extended to ___December 12, 2016___.

☐ Denied.

*rev.8/1/15*