UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Harrison Ross Byck, Esq.
Law Offices of Kasuri Byck, LLC
340 Route 1 North
Edison, NJ 08817
(732) 253-7630
(732) 253-7632 fax
lawfirm@kasuribyck.com

**Order Filed on December 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

LESLIE A. LANESKI,

    Debtor.

Case Number: 16-31940-CMG

Hearing Date: 12/13/16, 10:00 a.m.

Judge: Christine M. Gravelle

Chapter: 7

Recommended Local Form: ☒ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 8, 2016**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑    Granted.  The deadline to file schedules is extended to ___December 12, 2016___.

☐    Denied.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:
Leslie A. Laneski
    Debtor

Case No. 16-31940-CMG
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin<br>Form ID: pdf903 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Dec 08, 2016 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2016.
db          +Leslie A. Laneski,    74 Appleby Avenue,    South River, NJ 08882-2599

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2016 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Harrison Ross Byck    on behalf of Debtor Leslie A. Laneski lawfirm@kasuribyck.com, financial@kasuribyck.com
      John Michael McDonnell    jmcdonnell@mchfirm.com,  jcohen@mchfirm.com;NJ95@ecfcbis.com
                                                                                                                                TOTAL: 3