UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Leslie A. Laneski

Case No.: __16-31940__  
Chapter: __7__  
Judge: __CMG__

## NOTICE OF PROPOSED ABANDONMENT

__On 1/16/17, John M. McDonnell__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:    Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __February 14, 2017__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  74 Appleby Avenue, South River, NJ 08882 - $300,000

Liens on property:    $563,000

Amount of equity claimed as exempt:  $0

Objections must be served on, and requests for additional information directed to:

Name:    John M. McDonnell  
Address:    115 Maple Ave., Red Bank, NJ 07701  
Telephone No.:  (732) 383-7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-31940-CMG
Leslie A. Laneski                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 17, 2017
                              Form ID: pdf905          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2017.
```
db              +Leslie A. Laneski,    74 Appleby Avenue,    South River, NJ 08882-2599
516543240       +Allied Interstate, LLC,    PO Box 361445,    Columbus, OH 43236-1445
516543241       +Borough of South River,    Office of the Tax Collector,    48 Washington Street,
                  South River, NJ 08882-1247
516543242       +Capital One,   General Correspondence,    PO BOX 30285,    Salt Lake City, UT 84130-0285
516543243       +Capital One Platinum MC,    General Correspondence,    PO BOX 30285,
                  Salt Lake City, UT 84130-0285
516543244       +Chase Bank USA NA,    PO Box 15298,    Wilmington, DE 19850-5298
516503541       +Devin N. Laneski,    74 Appleby Avenue,    South River, NJ 08882-2599
516543246       +Enhanced Recovery Company,    PO Box 23870,    Jacksonville, FL 32241-3870
516543247       +Firstsource Advantage LLC,    205 Bryant Woods South,    Anherst, NY 14228-3609
516543248       +Home Plus Finance Corp,    2143 S. Sepuiveda Blvd, 2nd Floor,    Los Angeles, CA 90025-5733
516543249       +KML Law Group, PC,    216 Haddon Ave., Suite 406,    Westmont, NJ 08108-2812
516543251       +LVNV Funding, LLC,    PO Box 15298,    Wilmington, DE 19850-5298
516503542        Middlesex County Courthouse,    PO Box 964,    New Brunswick, NJ 08903-0964
516543253       +Middlesex County Courthouse,    James Kelly, Court Officer,    PO Box 69,
                  New Brunswick, NJ 08903-0069
516543252        Middlesex County Courthouse,    PO Box 1146,    New Brunswick, NJ 08903-1146
516503543       +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516543255       +Pressler and Pressler, L.L.P.,    1 Entin Road,    Parsippant, NJ 07054-5001
516543256       +Sheriff, Middlesex County,    PO Box 1188,    New Brunswick, NJ 08903-1188
516543259        Wells Fargo Card Services,    PO Box 5284,    Carol Stream, IL 60197-5284
516543260       +Wells Fargo Dealer Services/Wachovia,    PO Box 1697,    Winterville, NC 28590-1697
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2017 23:43:38     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2017 23:43:36     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516543245        E-mail/Text: cio.bncmail@irs.gov Jan 17 2017 23:43:00     Department of Treasury,
                  Internal Revenue Service,    310 Lowell Street,    Andover, MA 01810-4544
516543250       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 17 2017 23:42:47     KOHLS,    PO Box 3115,
                  Milwaukee, WI 53201-3115
516543254       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2017 23:43:35     Midland Funding LLC,
                  8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
516543257       +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2017 23:45:04     SYNCB/Care Credit,
                  PO Box 965036,    Orlando, FL 32896-5036
516543258       +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2017 23:45:38     SYNCB/QVC,    PO Box 965005,
                  Orlando, FL 32896-5005
                                                                                               TOTAL: 7
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for First F dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 17, 2017
                              Form ID: pdf905          Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Harrison Ross Byck    on behalf of Debtor Leslie A. Laneski lawfirm@kasuribyck.com, financial@kasuribyck.com
          John Michael McDonnell    jmcdonnell@mchfirm.com, jcohen@mchfirm.com;NJ95@ecfcbis.com
                                                                                                  TOTAL: 3