Form 182 – ntchrgpay

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−31940−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leslie A. Laneski
   74 Appleby Avenue
   South River, NJ 08882

Social Security No.:
   xxx−xx−6093

Employer's Tax I.D. No.:

**NOTICE OF HEARING FOR FAILURE TO PAY FILING FEE**

Please take notice that a hearing for failure to make an installment payment as noted below

will be held on:    February 7, 2017    10:00 AM

at: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

The amount of the unpaid filing fee is:

$167.00

If the balance of the filing fee in the amount noted above is not paid immediately, your case will be dismissed at the hearing. The Clerk's Office will only accept payment in the form of money order, certified check, attorney check, or electronic payment by efiling attorneys. No personal checks or cash will be accepted.

Dated: January 23, 2017
JAN: dmi

Jeanne Naughton
Clerk