UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                              :     Case no.:    _____
                                                                    :
                                                                    :     Chapter:     _____
                                                                    :
                                                                    :     Judge:       _____
                        Debtor(s)                                   :
_____:

**CERTIFICATION OF NO OBJECTION**

I _____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

❑   Abandonment

❑   Public Sale

❑   Private Sale

❑   Settlement of Controversy

❑   Auctioneer Compensation

Description of Property (if applicable):

JEANNE A. NAUGHTON, Clerk

Date: _____          By: _____

*rev.1/4/17*