**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Leslie A. Laneski** | Social Security number or ITIN **xxx–xx–6093** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **16–31940–CMG**

---

# Order of Discharge                                                                                               12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Leslie A. Laneski

<u>2/17/17</u>                                                                    **By the court:**   <u>Christine M. Gravelle</u>
                                                                                                  United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                                    **Order of Discharge**                                                 page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 16-31940-CMG
Leslie A. Laneski                                             Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Feb 17, 2017
                              Form ID: 318             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
db             +Leslie A. Laneski,    74 Appleby Avenue,    South River, NJ 08882-2599
516543240      +Allied Interstate, LLC,    PO Box 361445,    Columbus, OH 43236-1445
516543241      +Borough of South River,    Office of the Tax Collector,    48 Washington Street,
                 South River, NJ 08882-1247
516503541      +Devin N. Laneski,   74 Appleby Avenue,    South River, NJ 08882-2599
516543246      +Enhanced Recovery Company,    PO Box 23870,    Jacksonville, FL 32241-3870
516543248      +Home Plus Finance Corp,    2143 S. Sepulveda Blvd, 2nd Floor,    Los Angeles, CA 90025-5733
516543249      +KML Law Group, PC,    216 Haddon Ave., Suite 406,    Westmont, NJ 08108-2812
516543251      +LVNV Funding, LLC,    PO Box 15298,    Wilmington, DE 19850-5298
516503542       Middlesex County Courthouse,    PO Box 964,    New Brunswick, NJ 08903-0964
516543253      +Middlesex County Courthouse,    James Kelly, Court Officer,    PO Box 69,
                 New Brunswick, NJ 08903-0069
516543252       Middlesex County Courthouse,    PO Box 1146,    New Brunswick, NJ 08903-1146
516503543      +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516543255      +Pressler and Pressler, L.L.P.,    1 Entin Road,    Parsippant, NJ 07054-5001
516543256      +Sheriff, Middlesex County,    PO Box 1188,    New Brunswick, NJ 08903-1188

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 17 2017 23:56:19     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 17 2017 23:56:15     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516543242      +EDI: CAPITALONE.COM Feb 17 2017 23:33:00     Capital One,    General Correspondence,
                 PO BOX 30285,    Salt Lake City, UT 84130-0285
516543243      +EDI: CAPITALONE.COM Feb 17 2017 23:33:00     Capital One Platinum MC,    General Correspondence,
                 PO BOX 30285,    Salt Lake City, UT 84130-0285
516543244      +EDI: CHASE.COM Feb 17 2017 23:33:00     Chase Bank USA NA,    PO Box 15298,
                 Wilmington, DE 19850-5298
516543247      +EDI: FSAE.COM Feb 17 2017 23:33:00     Firstsource Advantage LLC,    205 Bryant Woods South,
                 Anherst, NY 14228-3609
516543245       EDI: IRS.COM Feb 17 2017 23:33:00     Department of Treasury,    Internal Revenue Service,
                 310 Lowell Street,    Andover, MA 01810-4544
516543250      +EDI: CBSKOHLS.COM Feb 17 2017 23:33:00      KOHLS,   PO Box 3115,    Milwaukee, WI 53201-3115
516543254      +EDI: MID8.COM Feb 17 2017 23:33:00     Midland Funding LLC,    8875 Aero Drive, Ste. 200,
                 San Diego, CA 92123-2255
516543257      +EDI: RMSC.COM Feb 17 2017 23:33:00     SYNCB/Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
516543258      +EDI: RMSC.COM Feb 17 2017 23:33:00     SYNCB/QVC,    PO Box 965005,    Orlando, FL 32896-5005
516543259       EDI: WFFC.COM Feb 17 2017 23:33:00     Wells Fargo Card Services,    PO Box 5284,
                 Carol Stream, IL 60197-5284
516543260      +EDI: WFFC.COM Feb 17 2017 23:33:00     Wells Fargo Dealer Services/Wachovia,    PO Box 1697,
                 Winterville, NC 28590-1697
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 17, 2017
                              Form ID: 318             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2017 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First F dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Harrison Ross Byck    on behalf of Debtor Leslie A. Laneski lawfirm@kasuribyck.com, financial@kasuribyck.com
         John Michael McDonnell    jmcdonnell@mchfirm.com, jcohen@mchfirm.com;NJ95@ecfcbis.com
         TOTAL: 3